# JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAO LIGHTING, INC.,<br><br>        Plaintiff,<br>v.<br><br>FEIT ELECTRIC COMPANY, INC., a California corporation<br><br>        Defendant. | Case No.: 2:20-cv-04926-AB-SP<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's rulings and findings in this action, including those rulings and findings set forth in the Court's Orders on the parties' motions for summary judgment (Dkt. Nos. 296, 297), JUDGMENT is hereby entered as follows:

      IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Defendant Feit Electric Company, Inc. and against CAO Lighting, Inc. with respect to infringement of U.S. Patent No. 6,465,961;

      IT IS FURTHER HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff CAO Lighting, Inc. and against Defendant Feit Electric Company, Inc. on Defendant's affirmative defense of equitable estoppel;

IT IS FURTHER HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff CAO Lighting, Inc. and against Defendant Feit Electric Company, Inc. on Defendant's counterclaim of inequitable conduct.

**IT IS SO ORDERED.**

Dated: April 10, 2023

_____
Hon. André Birotte Jr.
United States District Judge